[No. 5203-1.   Division One.   June 8, 1978.]

SCOTT J. KEESLING, *Appellant,* v. WESTERN FIRE
INSURANCE COMPANY OF FORT SCOTT, KANSAS,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 758823, Robert W. Winsor, J., entered
November 3, 1976. *Affirmed* by unpublished per curiam
opinion.

[No. 5297-1.   Division One.   June 8, 1978.]

LOUIS THERSON, *Respondent,* v. RALPH O. NUNEZ,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 817891, William C. Goodloe, J., entered
December 12, 1976. *Reversed* by unpublished per curiam
opinion.

[No. 5623-1.   Division One.   June 8, 1978.]   .

THE STATE OF WASHINGTON, *Respondent,* v. ROLAND
LEE PAGE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80314, Frank H. Roberts, Jr., J., entered April
25, 1977. *Affirmed* by unpublished per curiam opinion.